No. 42246.—Protest 687348–G of East Asiatic Co. Inc. (Seattle).

Opinion by McClelland, P. J. It was stipulated that the merchandise in question is the same as that passed upon in *Mitsui* v. *United States* (T. D. 47761) and *Laurence Phillips* v. *United States* (T. D. 49624) the lumber in question was held not subject to a tax or duty imposed under section 601 (c) (6).

No. 42247.—Protest 982469–G of Seaboard Lumber Sales Co., Ltd. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) the timber in question was held not subject to the duty or tax imposed under section 601 (c) (6).

No. 42248.—Protest 818486–G of Seaboard Lumber Sales Co., Ltd. (Philadelphia).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) and *Myers* v. *United States* (T. D. 49530) the protest was sustained.

No. 42249.—Protest 894349–G of Bookstaver Burns Lumber Co. (Los Angeles).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) the protest was sustained.

No. 42250.—Protest 794450–G of C. S. Emery & Co. (St. Albans).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained.

No. 42251.—Protests 803581–G, etc., of Blanchard Lumber Co. et al. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.